994

(November 1, 1973)

■ The People of the State of New York ex rel. Theodore Baker, Petitioner, v. Warden, Brooklyn House of Detention for Men, Respondent. Application by petitioner for a writ of habeas corpus, denied. In our opinion, a two-month delay between arrest and trial does not, as a matter of law, deny a speedy trial to a defendant charged with murder. Hopkins, Acting P. J., Munder, Martuscello, Latham and Shapiro, JJ., concur.